**Chapter 13 Plan Summary**                                                          12-10847

Debtor(s) Jerry Reid Moreland  SS# ***-**-4098  Net Monthly Earnings 4693  Case No
Stacie Renee-Smith Moreland  ***-**-7109  Number of Dependents 4
Full Address 139 Wilson Rd. Centreville, AL. 35042

I. Plan Payments:

( ) Debtor(s) propose to pay direct a total of $_____ ☐weekly ☐biweekly ☐semi-monthly ☐monthly into the plan; or
(X) Payroll deduction Order: To R.J. Mechanical - 3153 Balwood Dr. Bham. AL. 35243 for
$ 96 ☒weekly ☐biweekly ☐semi-monthly ☐monthly

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $ 21,900.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code as follows:

A. PRIORITY claims (including administrative expenses and support) [See 11 U.S.C. 1322(a)(2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type | Scheduled amount | Monthly payment |
|---|---|---|---|
| None | | | |
| | | | |

B. Total attorney fee [paid as a 503(b) administrative expense] $2600-$ 0 (prepaid), balance of $ 2600 paid
as follows: $ 940 upon confirmation and then $ 140 per month until remaining balance is paid.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted
and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total amount of debt | Amount of regular payment ☐by Trustee ☒by Debtor | Direct payments To begin: Year/Month | Arrears to Be paid by Trustee | Months Included In arrearage Amount | Proposed interest rate on Arrearage | Proposed fixed payment on Arrearage |
|---|---|---|---|---|---|---|---|
| BSI Mortgage | 52,670 | 646 | May, 12 | 2584 | 4 | None | 45 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total amount of Debt | Debtor's Value | Unsecured portion | Description of collateral | Proposed interest rate | Proposed fixed payments | Fixed payments to begin |
|---|---|---|---|---|---|---|---|---|
| Cap. One Auto Fin. | 0 | 13392 | 13,500 | 0 | 04' Nissan Quest | 5 | 256 | Post-Confirmation |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total amount of Debt | Amount of regular payments | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

IV. Special Provisions: None

☒ This is an original plan.   ☐ This is an amended plan replacing plan dated _____.
☒ This plan proposes to pay unsecured creditors 32 %.
☐ Debtor assumes/rejects (circle one) lease and/or executory contract with _____.
☒ Claims filed in excess of Debtor's estimates will be paid as filed (including appropriate fixed payment increases) unless objected to by Debtor.
☒ Allowed secured claims not provided in plan to receive 5 % interest by fixed payment over 59 months
☒ Other provisions: Adequate protection paid on unsecured, PMSI claims in personal prop. filed prior to confirmation.
☐ ...

Attorney for Debtor                     Dated: 4/25/12        /s/ Jerry Reid Moreland
Camron Law                                                    Signature of Debtor Jerry Reid Moreland
2330 University Boulevard, Ste. 314
Tuscaloosa, AL 35405                                          /s/ Stacie Renee - Smith Moreland
Telephone # (205)349-2455                                     Signature of Debtor Stacie Renee-Smith Moreland